Michael Lynn TURNER,
Plaintiff–Appellant,

v.

William M. MUSE, Chairman; Harold W. Clarke, Director; Everet Simms, Counselor, Defendants–Appellees.

No. 14–7686.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 17, 2015.

Michael Lynn Turner, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lynn Turner appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Muse*, No. 1:14–cv–01060–AJT–TCB, 2014 WL 5454457 (E.D.Va. Oct. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*